**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kermit C. BROWN, a/k/a Brian Mackey, a/k/a Destruction, a/k/a Bear, Defendant–Appellant.**

**No. 01–8079.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided April 16, 2002.

Kermit C. Brown, Appellant Pro Se. Fernando Groene, Office Of The United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kermit C. Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown,* Nos. CR–98–47; CA–01–774–2 (E.D. Va. filed Nov. 6, 2001, entered Nov. 7, 2001). We dispense with oral argument and deny Brown's motion for sentencing transcripts because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*